IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CESAR LOZANO AND § | |
| ROCIO LOZANO § | |
| § | CIVIL ACTION NO. _____ |
| VS. § | |
| § | JURY DEMANDED |
| ALLSTATE VEHICLE AND § | |
| PROPERTY INSURANCE COMPANY § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

### I.
### BACKGROUND

Petitioner is a Defendant in a civil action now pending in the 275th District Court of Hidalgo County, Texas, Cause Number C-3946-16-E, styled *Cesar Lozano and Rocio Lozano v. Allstate Vehicle and Property Insurance Company*, wherein Plaintiffs seek monetary relief for property damage, and alleged violations of the Texas Insurance Code, including violations of the Texas Unfair Competition and Unfair Practices Act, Prompt Payment of Claims Act and Unfair Insurance Practices, as well as claims for breach of the duty of good faith and fair dealing.

### II.
### BASIS FOR REMOVAL

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendant is diverse in citizenship from the

Plaintiffs.

## III.
## DIVERSITY IN CITIZENSHIP

The Plaintiffs, Cesar Lozano and Rocio Lozano, are domiciled in Hidalgo County, in the State of Texas, and were domiciled there at the time this action was commenced. Plaintiffs were at that time and are now citizens of the State of Texas.

Allstate Vehicle and Property Insurance Company is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced at Northbrook, Cook County, in the State of Illinois. Defendant is now, and was at the time this action was commenced, a citizen of the State of Illinois and of no other state.

Accordingly, diversity of citizenship exists among the parties.

## IV.
## AMOUNT IN CONTROVERSY

The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00) No amount of damages is specified in Plaintiffs' Original Petition. No binding stipulation of damages has been filed. Should Plaintiffs prevail on the claims against Defendant stated in the Plaintiffs' Original Petition, attached to this Notice, Plaintiffs would be entitled to damages in excess of Seventy-Five Thousand Dollars ($75,000.00). The applicable policy provides dwelling limits of $161,840.00, other structures limits of $8,092.00 and contents coverage of $48,552.00. See declarations page attached as Exhibit A. Additionally, prior to litigation, Plaintiffs submitted a demand for $68,022.55. A copy is attached as Exhibit B. In the demand, Plaintiffs note the potential for seeking recovery of treble damages. Considering Plaintiffs' pleadings and the damages Plaintiffs would be entitled to, should they prevail, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

**V.**

Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiffs and Defendant are diverse in citizenship and the amount in controversy exceeds $75,000.00.

**VI.**

This notice of removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiffs' Original Petition, which was the first notice to Defendant of this lawsuit. This removal is filed under 28 U.S.C. Section 1446(b).

**VII.**

Petitioner's time to answer or remove with respect to the Plaintiffs' Original Petition has not expired.  Plaintiffs' Original Petition was served on the Defendant Allstate Vehicle and Property Insurance Company on September 1, 2016.

**VIII.**

This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441.  Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

WHEREFORE, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, removes this action for trial from the 275th District Court, Hidalgo County, Texas to this Court, on this 30th day of September, 2016.

Respectfully submitted,

BY:     /s/ *Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney-in-charge
State Bar #04709300
Federal ID #13738
R. Jordan Riley
State Bar #24064424
Federal ID #2515695

Of Counsel
ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas   78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## VERIFICATION

THE STATE OF TEXAS      :
                        :
COUNTY OF HIDALGO       :

I, ROSEMARY CONRAD-SANDOVAL, being first duly sworn, depose and say that: I am counsel for Petitioner, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

_____
ROSEMARY CONRAD-SANDOVAL

SUBSCRIBED AND SWORN TO BEFORE ME by the said ROSEMARY CONRAD-SANDOVAL, this 30th day of September, 2016 to certify which witness my hand and seal of office.

APRIL BURNER
NOTARY PUBLIC
State of Texas
Comm. Exp. 03/30/2017

_____
Notary Public, State of Texas

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been mailed, Certified Mail, Return Receipt Requested, to the Attorney for Plaintiff, as follows:

Jason M. Byrd
The Byrd Law Firm, PC
448 Orleans St.
Beaumont, Texas 77701

on this 30th day of September, 2016.

      /s/ *Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL