IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CESAR LOZANO AND § | |
| ROCIO LOZANO § | |
| § | CIVIL ACTION NO. 7:16-cv-00583 |
| VS. § | |
| § | JURY DEMANDED |
| ALLSTATE VEHICLE AND § | |
| PROPERTY INSURANCE COMPANY § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    The Defendant herein would advise the Court that the parties have reached a settlement and therefore, request that all deadlines be suspended pending documentation of settlement.

        Respectfully submitted,

        BY:     /s/ *Rosemary Conrad-Sandoval*
        Rosemary Conrad-Sandoval
        Attorney-in-charge
        State Bar #04709300
        Federal ID #13738

        Of Counsel
        ROERIG, OLIVEIRA & FISHER, L.L.P.
        10225 North 10th Street
        McAllen, Texas   78504
        (956) 393-6300
        (956) 386-1625 (Fax)

        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent via electronic messaging, to the Attorney for Plaintiff, as follows:

Jason Byrd
THE BYRD LAW FIRM
448 Orleans
Beaumont, Texas 77701

on this 20th day of November, 2017.

                                                     /s/ *Rosemary Conrad-Sandoval*
                                                  ROSEMARY CONRAD-SANDOVAL