IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CESAR LOZANO, et al, § | |
| § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-583 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY§ | |
| INSURANCE COMPANY § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Cesar Lozano and Rocio Lozano and Defendant, Allstate Vehicle and Property Insurance Company, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On August 23, 2016, Plaintiffs, Cesar Lozano and Rocio Lozano sued Defendant.

2. Plaintiffs, Cesar Lozano and Rocio Lozano, move to dismiss their suit.

3. Defendant agrees to the dismissal of Cesar Lozano and Rocio Lozano's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Cesar Lozano and Rocio Lozano's case.

9. Plaintiffs have not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

/s/ Jason Byrd

Jason Byrd
Attorney in Charge
Fed I.D. No.:
State Bar No.: 24036303

THE BYRD LAW FIRM, P.C.
448 Orleans
Beaumont, Texas 77701
Telephone: (409) 924-0660
Telecopier: (409) 924-0035


/S/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX 78504
(956) 393-6300
(956) 386-1625 Fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Jason Byrd
THE BYRD LAW FIRM, P.C.
448 Orleans
Beaumont, Texas 77701

on this 5$^h$ day of December, 2017.

/S/ Rosemary Conrad-Sandoval
ROSEMARY CONRAD-SANDOVAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| CESAR LOZANO, et al, | § § § |
| VS. | § CIVIL ACTION NO. 7:16-CV-583 § |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | § § § |

### ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiffs, CESAR LOZANO AND ROCIO LOZANO's claims asserted against Defendant, Allstate Vehicle and Property Insurance Company, with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

Signed on the _____ day of _____, 2017.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/s/ Jason Byrd
Jason Byrd
Attorney in Charge
Fed I.D. No.:
State Bar No.: 24036303

**THE BYRD LAW FIRM, P.C.**
448 Orleans
Beaumont, Texas 77701
Telephone: (409) 924-0660
Telecopier: (409) 924-0035

/S/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX  78504
(956) 393-6300
(956) 386-1625 Fax