Case 7:16-cv-00583 Document 22 Filed in TXSD on 01/03/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CESAR LOZANO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-583 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Cesar Lozano and Rocio Lozano and Defendant, Allstate Vehicle and Property Insurance Company, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On August 23, 2016, Plaintiffs, Cesar Lozano and Rocio Lozano sued Defendant.

2. Plaintiffs, Cesar Lozano and Rocio Lozano, move to dismiss their suit.

3. Defendant agrees to the dismissal of Cesar Lozano and Rocio Lozano's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Cesar Lozano and Rocio Lozano's case.

9. Plaintiffs have not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

SO ORDERED this 3rd day of January, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge